# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| JANELLA RHODES | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-cv-1252 |
| CENTRAL GARDEN & PET COMPANY | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CENTRAL GARDEN & PET COMPANY.

Date: 11/15/2022

*Attorney's signature*

Ryan T. Benson IL ARDC # 6312338
*Printed name and bar number*

O'Hagan Meyer LLC
One East Wacker Drive
Suite 3400
Chicago, Illinois 60601
*Address*

rbenson@ohaganmeyer.com
*E-mail address*

(312) 422-6100
*Telephone number*

(312) 422-6110
*FAX number*